UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-8-MOC

| | |
|---|---|
| MARY WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's Consent Motion to Remand. (Doc. No. 20). The motion is **GRANTED**.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing Defendant's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), the Court hereby remands this case for further administrative proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991); Shalala v. Schaefer, 509 U.S. 292 (1993).

To this extent, Plaintiff's Motion for Summary Judgment (Doc. No. 15) shall be terminated as **MOOT**.

Signed: December 10, 2021

Max O. Cogburn Jr
United States District Judge